

**New York**
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

Writer's Direct Dial:
(212) 899-9975

Writer's Email:
skaufman@fisherphillips.com

> Granted in part. The case is stayed for 90 days to allow the matter to be mediated. A separate order will refer the matter to the court's mediation program. Absent a court-ordered extension, the stay will lift automatically as of October 29, 2025.
>
> SO ORDERED:
>
> 7/29/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

July 29, 2025

<u>Via ECF</u>

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

RE:   *Jacob Alvarez v. AE Outfitters Retail Co., et al.,*
         1:25-cv-02612 (DEH) (RWL)

Dear Judge Lehrburger:

    This office represents Defendants AE Outfitters Retail Co. and AE Corporate Services Co., in the above-referenced action. Defendants write on behalf of the parties to respectfully request that this matter be referred to mediation and that all pending deadlines and conferences be stayed until two weeks after the anticipated mediation conference. The parties believe that a mediation conference may resolve or narrow the disputes at issue in this matter and that the stay in proceedings will allow for focus on a potential resolution without incurring additional costs.

    Thank you for your consideration of this matter.

Respectfully submitted,

<u>/s/ Seth D. Kaufman</u>
Seth D. Kaufman
FISHER & PHILLIPS LLP

**Fisher & Phillips LLP**

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills