

**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9975

**Writer's E-mail:**
skaufman@fisherphillips.com

Granted.

**SO ORDERED:**

3/9/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

March 9, 2026

**<u>Via ECF</u>**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

   RE: *Jacob Alvarez v. AE Outfitters Retail Co., et al.,*
      1:25-cv-02612 (DEH) (RWL)

Dear Judge Lehrburger:

  This office represents Defendants AE Outfitters Retail Co. and AE Corporate Services Co., in the above-referenced action. Pursuant to the Court's Order, entered February 9, 2026, the parties are to file the settlement agreement and *Cheeks* submission by March 9, 2026. On behalf of the parties, we respectfully request a thirty-day extension of that deadline, until April 8, 2026.

  Defendants have provided a draft of the settlement documents to Plaintiff and the parties are in the process of finalizing and executing those documents so that they may be submitted to the Court for review.

  Thank you for your consideration of this matter.

        Respectfully submitted,

        <u>*/s/ Seth D. Kaufman*</u>
        Seth D. Kaufman
        Amanda M. Blair
        For FISHER & PHILLIPS LLP

cc: Attorneys of Record (via ECF)



**Fisher Phillips**