**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jacob Alvarez,<br><br>Plaintiff,<br><br>-v-<br><br>AE Outfitters Retail Co., and<br>AE Corporate Services Co.,<br><br>Defendants. | **Civ. Action #: 25-CV-02612 (DEH)(RWL)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 18, 2026 (ECF No. 39); and Defendants AE Outfitters Retail Co., and AE Corporate Services Co., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Jacob Alvarez in the amount of $27,500.00;

ORDERED and ADJUDGED that judgment is entered in favor of Jacob Alvarez and against Defendants AE Outfitters Retail Co., and AE Corporate Services Co., in the amount of $27,500.00.

**Dated: October 30 , 2026**

**New York, New York**

***Hon. Dale E. Ho***
***United States District Judge***